IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CR-23-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LORENZO PLEDGER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to petitioner's motions to reduce sentence [D.E. 92, 95]. The response is due not later than June 9, 2017.

SO ORDERED. This _11_ day of May 2017.

JAMES C. DEVER III
Chief United States District Judge