IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CR-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| LORENZO PLEDGER, | ) |
| | ) |
|            Defendant. | ) |

The United States shall file a response to defendant's pro se motion for compassionate release [D.E. 118]. The response is due not later than July 14, 2022. The court DENIES defendant's pro se motion for clarification of the order denying defendant's pro se request for counsel [D.E. 120]. Once the court receives the government's response, the court will address defendant's pro se motion for compassionate release in due course.

SO ORDERED. This 14 day of June, 2022.

JAMES C. DEVER III
United States District Judge