IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-cr-00023-D-1

UNITED STATES OF AMERICA,          )
                                   )
                                   )          **ORDER**
                  v.               )
                                   )
LORENZO PLEDGER,                   )
                                   )
                  Defendant.       )

This matter comes before the Court on the Government's Motion to seal the

exhibit [D.E. 128, Exhibit 1] attached to the Government's response in opposition to

Defendant's motion for compassionate release. For good cause having been shown,

the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal

the exhibit [D.E. 128, Exhibit 1] attached to the Government's response in opposition

to Defendant's motion for compassionate release.

SO ORDERED this **8** day of __October__, 2022.


_____
JAMES C. DEVER III
United States District Judge